## CRIMINAL
## CLERK NOTES RE: DISPOSITION

JUDGE/MAG. CODE: __0126__　　　　DATE COMPLETED: __1/22/01__

CASE NO.: __00-40043__　　　　CLERK: __M. Castles__

DEFENDANT: __Ortiz__　　　　REPORTER: __C. Dahlstrom__

AUSA: __Hodgens__　　　　DEFENSE COUNSEL: __Uhl__

PROBATION OFFICER: __Lorimer__

Disposition: ☒ Held　　☐ Set For　　☐ Reset For

DATE: __1/22/01__　　TIME: __3:00pm__

Interpreter: ☒ No　☐ Yes　Name of Interpreter: _____

[DOCKETED stamp]

Sentenced on Count(s) No.: __1__

Counts Dismissed by Government: _____

### SENTENCE:

Imprisonment:　Custody of B.O.P for a total term of __15__ months

Multiple Counts:　Concurrent or Consecutive on count(s) _____

_____

and/or with the State Court Sentence imposed on _____ or in State Court

Case No. _____ or as follows: _____

_____

_____

Judicial Recommendations to the B.O.P. _____

_____

_____

_____

☐　Defendant remanded to custody of U.S. Marshal

☒　Voluntary surrender to U.S. Marshal's Office on _____ by ____ a.m. / p.m.

☐　or as notified by U.S. Marshal.

☒　Voluntary surrender to institution designated by B.O.P. before 2:00 p.m. on __2/19/01__

☐　or as notified by U.S. Marshal, Probation or Pretrial Services Office.

SUPERVISED RELEASE for a term of _____3_____ years

PROBATION for a term of _____ months/years

**SPECIAL CONDITIONS:**

- [x] Prohibited from possessing a firearm
- [x] Prohibited from obtaining any new credit without approval of Probation Department
- [x] Provide Probation Department with any requested financial information
- [ ] Cooperate with Civil Division of I.R.S.
- [ ] Substance abuse treatment and testing if ordered by Probation Department
- [ ] Home detention - with or without - electronic monitoring for _____ months
- [x] The mandatory drug testing provision of 18 USC §3608 (effective for crimes occurring after 9/18/94) is suspended.
- [x] Other— Pay Balance of restitution According to Court ordered repayment schedule
  — Mental health treatment
  — No employment in financial service, insurance industry or related industries

SPECIAL ASSESSMENT of $ __100.00__ for counts __1__

- [x] to be paid immediately OR [ ] by _____.

FINE of $ _____ which is total of fines imposed on individual counts as follows: _____

- [ ] Fine includes costs of incarceration and/or supervision in the amount of $ _____
- [ ] Interest Requirement is waived
- [ ] Interest Requirement is modified as follows: _____

Fine plus any interest is payable as follows: _____

RESTITUTION: Total amount of loss $ __399,882.97__   Amount to be paid $ __399,882.97__

Restitution is payable as follows: __To Clerk, U.S District Court for transfer to UnumProvident__

- [ ] Determination of restitution is deferred until _____. Case is brought under Chapters 109A, 110, 110A and 113A of Title 18. An amended judgment will be entered after such determination.

Include Victim Name/Address and payment terms · __UnumProvident Corporation__

Execution of sentence stayed until __2/19/01__ at 2:00 pm

(sentnote.frm - 5/96- PAGE 2)

White - Docket Clerk    Pink - Courtroom Clerk

## STATEMENT OF REASONS

[x] The court adopts the factual findings and guideline application in the presentence report.

**OR**

[ ] The court adopts the factual findings and guideline application in the presentence report except (see attachment, if necessary).

**Guideline Range Determined by the Court:**

Total Offense Level: __14__

Criminal History Category: __I__

Imprisonment Range: __15__ to __21__ months

Supervised Release Range: __3__ to __4__ years

Fine Range: $ __4,000.00__ to $ __40,000.00__

[x] Fine waived or below the guideline range because of inability to pay.

Total Amount of Restitution: $ __399,882.47__

[ ] Restitution is not ordered because the complication and prolongation of the sentencing process resulting from the fashioning of a restitution order outweighs the need to provide restitution to any victims, pursuant to 18 U.S.C. §3663(d).

[ ] For offenses that require the total amount of loss to be stated, pursuant to Chapters 109A, 110, 110A and 113A of Title 18, restitution is not ordered because the economic circumstances of the defendant do not allow for the payment of any amount of a restitution order, and do not allow for the payment of any or some portion of a restitution order in the foreseeable future under any reasonable schedule of payments.

[ ] Partial restitution is ordered for the following reason(s):

[x] The sentence is within the guideline range, that range does not exceed 24 months, and the court finds no reason to depart from the sentence called for by the application of the guidelines.

**OR**

[ ] The sentence is within the guideline range, that range exceeds 24 months, and the sentence is imposed for the following reason(s):

**OR**

[ ] The sentence departs from the guideline range.

    [ ] upon motion of the government, as a result of defendant's substantial assistance.

    [ ] for the following specific reason(s):