# Memorandum

*United States Attorney*
*District of Massachusetts*



FILED
IN CLERKS OFFICE

| Subject | Date |
|---|---|
| **United States v. Jetzenia Ortiz** **4:00-cr-40043** | 2006 JAN -5 P 3:50 January 4, 2006 U.S. DISTRICT COURT DISTRICT OF MASS. |

| To | From |
|---|---|
| Elizabeth Elefher, Docket Clerk Elizabeth Qarri, Accounting Clerk | Nancy Rojas |

    Attached please find a letter from the victim (UnumProvident) in the above-referenced case. The letter outlines the restitution amount received by UnumProvident from Jetzenia Ortiz in the amount of $226,806.85. The letter also shows a breakdown of how the restitution funds were received.

    Please adjust Jetzenia Ortiz's restitution balance by crediting her with the amount paid. Please note that the balance due amount stated in the letter does not include accruing interest at the rate of 4.72%.

    If you have any questions, please contact me at (617) 748-3288.



December 28, 2005

Ms. Nancy Rojas
Office of the United States Attorney
One Courthouse Way suite 9200
Boston, MA 02210

RE:    Jetzenia Ortiz
Case number: 00-CR-4043

Dear Ms. Rojas;

Pursuant to our ongoing discussion regarding Ms. Ortiz' restitution to the UnumProvident Corporation, I have compiled the following relevant data and am submitting it to you for your information and subsequent dissemination as required or requested.

As you may recall, total restitution ordered by the court to UnumProvident in this matter is $399,882.97.
To date, restitution received by our company is $226,806.85, with a balance owing of $173,076.12.

The breakdown of restitution made is as follows:

| | |
|---|---:|
| Restitution ordered: | $399,882.97 |
| Cash seized and recovered from Commerce Bank: | $122,316.52 |
| Cash payments received from Ms. Ortiz through March of 05: | $5,510.00 |
| Net proceeds from the sale of property purchased by Ms. Ortiz and surrendered to Paul Revere Insurance Company located at Lot 3, Mower St. Worcester, MA: | $39,480.33 |
| Recovery of vehicles purchased by Ms. Ortiz, valued at the time of their forfeiture and seizure: | |
| 1995 Chevrolet Blazer: | $14,500 |
| 1996 Jeep Cherokee | $17,500 |
| 1999 Ford Expedition | $27,500 |
| Total restitution received to date: | $226,806.85 |
| Balance due: | $173,076.12 |

Nancy Rojas                           December 28, 2005


Finally, Ms. Ortiz issued and made UnumProvident checks payable to Ms. Tameika Gray, 202 Welborn Street, Hinesville, GA 31313, whom Ms Ortiz identified as the sister of her then boyfriend, Donald Estes.

Ms. Gray deposited these checks into the Fort Stuart Georgia Federal Credit Union, 111 West Hendry Hinesville, GA , branch, and obtained money orders which she sent to Ms Ortiz by return mail. Ms. Ortiz negotiated these instruments at the Commerce Bank and Trust Company, 386 Main Street, Worcester, MA by either cashing them or depositing them into her savings account, and withdrawing the cash at a later time.

It is my understanding that Ms. Gray and others were interviewed by Special Agents of the Federal Bureau of Investigation. However, the final results of those collateral interviews are not known to me at this time.

I trust that this information will bring you up to date on this matter. Should you require further assistance form me, please do not hesitate to contact me at 774-437-7077.


Very truly yours,

*[signature]*

L. David Covino, CFE, ALHC
Manager, Special Investigative Unit
UnumProvident Corporation
on behalf of,
The Paul Revere Life Insurance Company